ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Chief, Drug and Organized
Crime Section

MARION PERCELL
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9231
Facsimile:  (808) 541-2958
Email: marion.percell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 07 2016
at 1 o'clock and 05 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR16-00556 JMS |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(A), and 846 |
| WILLIAM NOTYCE,      (1) | ) | and 18 U.S.C. § 2 |
| CHAES YANAGIHARA, and (2) | ) | |
| KEITH MATSUDA,       (3) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

From on or about August 3, 2016 to on or about August 5, 2016, in the District of Hawaii and elsewhere, defendants

WILLIAM NOTYCE, CHAES YANAGIHARA, KEITH MATSUDA, and others known and unknown knowingly and intentionally conspired to distribute and to possess with intent to distribute 500 grams or more of mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 5, 2016, within the District of Hawaii, defendants WILLIAM NOTYCE, CHAES YANAGIHARA, and KEITH MATSUDA did knowingly and intentionally distribute, possess with intent to distribute, and attempt to possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

1. The allegations set forth in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2. The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), or Title 21, United States Code, Section 846, defendants WILLIAM NOTYCE, CHAES YANAGIHARA, and KEITH MATSUDA shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to the sums of approximately $552,200 and $4,316 in United States currency, both of which were seized at 1655 Makaloa Street, Honolulu, Hawaii, on or about August 5, 2016.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

  DATED: September __7__, 2016, at Honolulu, Hawaii.

       A TRUE BILL

       /s/ Foreperson
       FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_T. Muehleck_
THOMAS MUEHLECK
Chief, Drug and Organized
Crime Section

_[signature]_
MARION PERCELL
Assistant U.S. Attorney

United States v. WILLIAM NOTYCE, CHAES YANAGIHARA, and KEITH MATSUDA
INDICTMENT, Cr. No. 16-_____